UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-35209 |
|---|---|---|
| James E. Taylor | ) | |
| aka James Taylor | ) | Chapter: 13 |
| aka Jim Taylor | ) | Honorable Janet S. Baer |
| dba Local Direct Media, Inc. | ) | |
| dba Local Direct, LLC | ) | Kane |
| Debtor(s) | ) | |

**Order Granting Motion to Modify the Automatic Stay**

This cause coming before the Court upon the Motion of U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust to Modify the Automatic Stay as to Debtor pursuant to sections 362 of the Bankruptcy Code, 11 U.S.C. § 362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion of U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust to Modify Automatic Stay is granted as set forth herein;

2. The automatic stay of 11 U.S.C. section 362 as to U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust's lien interest in 21W700 BEMIS RD, GLEN ELLYN, IL 60137 is modified and U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust is permitted to enforce its security interest and liquidate the property.

3. Bankruptcy Rule 4001(a)(3) is waived by the Court.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 28, 2019

**Prepared by:**

Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com